JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BULMARO HURTADO,

      Plaintiff,

      v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

      Defendant.

_____ )

Case No. CV 14-766-CAS (KK)

**JUDGMENT**

      Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS HEREBY ADJUDGED that the Commissioner's decision is REVERSED and this action is REMANDED for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

Dated: December 1, 2014

_____

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE